UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CINDY A. JOHNSON,**

               **Plaintiff,**

**-vs-**                                       Case No. 6:04-cv-1157-Orl-28DAB

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

## ORDER

This appeal of the decision of the Commissioner of Social Security was filed by Plaintiff on July 28, 2004 (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed July 5, 2005 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Social Security Commissioner's decision is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is directed to enter judgment and thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21__ day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party