# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CINDY A. JOHNSON,**

        **Plaintiff,**

**-vs-**                                            **Case No.  6:04-cv-1157-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) filed July 28, 2005.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 2, 2005 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) is **GRANTED.**

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $3,882.24 for attorney's fees.  Thereafter, the Clerk shall close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17th day of August, 2005.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party