# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CINDY A. JOHNSON,

        Plaintiff,

-vs-                                      Case No. 6:04-cv-1157-Orl-28DAB

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Petition for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. No. 24) filed October 10, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 5, 2007 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Petition for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) is **GRANTED**. The judgment is amended to award fees pursuant to 42 U.S.C. § 406(b) in the amount of $15,556.01[1] for attorney's fees to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___31___ day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] 25% of the amount awarded is equal to $19,438.25. $3,882.24 has previously been awarded under the Equal Access to Justice Act. Therefore, $19,438.25 less $3,882.24 is equal to $15,556.01.